429 A.2d 97

Commonwealth ex rel. Chun v. Chun.

Appeal of Jack C. Chun.

Argued March 20, 1980. C. George Milner, for appellant; Jacqueline L. Zemel, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.